**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR 09-8082-PCT-JAT |
| | ) | |
| Benson Jimmy, | ) | **DETENTION ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On January 11, 2010, defendant Benson Jimmy appeared before this Court on a petition to revoke conditions of release. This hearing was continued to January 12, 2010, for the purpose of obtaining the testimony of the supervising Pretrial Services Officer. The Court considered the testimony of the defendant, the testimony of the Pretrial Services Officer, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

As set forth in detail on the record, the Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court. 18 U.S.C.§ 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

DATED this 13th day of January, 2010.

_____
David K. Duncan
United States Magistrate Judge